# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DERRION NEWMAN                                                                                    PLAINTIFF

V.                                               4:18CV00270 JM

LITTLE ROCK SCHOOL DISTRICT                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, this case is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of August, 2018.

James M. Moody Jr.
United States District Court